IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RANDALL G. BARRETT, JOE REYES GONZALEZ, § § § § | |
| Plaintiffs, § § | Civil Action No. C-06-291 |
| v. § § § | |
| TRANSUNION CONSUMER RELATIONS, § § | |
| Defendant. § § | |

**ORDER RESETTING INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

On August 24, 2006, the Court conducted a scheduled initial pretrial and scheduling conference in the above-styled action. At that conference, Plaintiff informed the Court that the Defendant had not yet been served. Plaintiff's action has required the Court to reschedule the initial pretrial and scheduling conference to September 22, 2006, at 1:15 p.m.

The parties' Joint Discovery/Case Management Plan must be filed before the September 22, 2006 conference.

SIGNED and ENTERED this 28th day of August, 2006.

_____
Janis Graham Jack
United States District Judge