```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| RANDALL G. BARRETT, JOE REYES GONZALEZ, | § § § | |
| Plaintiffs, | § § | Civil Action No. C-06-291 |
| v. | § § | |
| TRANSUNION CONSUMER RELATIONS, | § § | |
| Defendant. | § | |

### FINAL JUDGMENT

This Court hereby enters final judgment against Plaintiffs Randall G. Barrett and Joe Reyes Gonzalez in the above styled-action. Plaintiffs' complaint is hereby DISMISSED with prejudice.

SIGNED and ENTERED this 3rd day of October, 2006.

_____
Janis Graham Jack
United States District Judge