```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| RANDALL G. BARRETT, JOE REYES GONZALEZ, | § § § | |
| Plaintiffs, | § § | Civil Action No. C-06-291 |
| v. | § § | |
| TRANSUNION CONSUMER RELATIONS, | § § § | |
| Defendant. | § § | |

## ORDER OF SEVERANCE

On this day came on to be considered the agreed motion to sever filed by Plaintiffs Randall G. Barrett and Joe Reyes Gonzalez (D.E. 28). The motion to sever is hereby GRANTED, and Plaintiff Joe Reyes Gonzalez' claims against Defendant Trans Union LLC[1] are hereby SEVERED from the above-styled action. The Court ORDERS that Plaintiff Joe Reyes Gonzalez' severed claims against Trans Union LLC shall bear a new cause number, to be assigned by the Clerk of Court. The severed case shall bear the caption Joe Reyes Gonzalez v. Trans Union LLC.[2] The Court ORDERS that Plaintiff Joe Reyes Gonzalez shall pay a new filing fee for the newly severed case against Defendant Trans Union LLC.

The Clerk of Court is instructed to file copies of documents

---

[1] Plaintiffs have incorrectly named Defendant Trans Union LLC as "Transunion Financial Services, Inc. a/k/a Transunion Consumer Relations."

[2] Further, the caption of Case No. 06-291 shall be re-styled as Randall G. Barrett v. Trans Union LLC. The parties shall use this caption in all future pleadings in Case No. 06-291.

previously filed in Case No. 06-291 in the newly severed case, <u>Joe Reyes Gonzalez v. Trans Union LLC</u>.[3]  From this day forward, all documents pertaining to Joe Reyes Gonzalez shall be filed solely in the severed case, not in Case No. 06-291.

SIGNED and ENTERED this 14th day of May, 2007.

_____
Janis Graham Jack
United States District Judge

---

[3] This instruction pertains solely to documents filed in Case No. 06-291 <u>prior to</u> the date of this Order.  After entry of this Order, Case No. 06-291 and the new case <u>Joe Reyes Gonzalez v. Trans Union LLC</u> will proceed as completely separate cases, and documents filed in Case No. 06-291 will <u>not</u> be filed in the newly severed <u>Joe Reyes Gonzalez v. Trans Union LLC</u>.