IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RANDALL G. BARRETT, | § | |
| | § | |
| Plaintiff, | § | Civil Action |
| | § | No. C-06-291 |
| v. | § | |
| | § | |
| TRANS UNION LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day the Court held a telephone conference in the above-styled action. At that conference, the Court ORDERED that Plaintiff Randall G. Barrett must provide the following documents to Defendant Trans Union LLC by Thursday, June 7, 2007, at 12:00 PM: (1) Rule 26 disclosures; and (2) responses to all currently outstanding interrogatories served on Plaintiff Barrett by Defendant. If Plaintiff Barrett does not serve the above-referenced documents on Defendant by June 7, 2007, at 12:00 PM, Plaintiff's case against Defendant may be DISMISSED.[1]

SIGNED and ENTERED this 5th day of June, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] Plaintiff Barrett may serve the above-referenced documents on Defendant by U.S. mail, facsimile, or by hand delivery.